Mary Ann Campbell, *Executrix, etc., Appellant, v.* Charles `L. Beaumont, *Respondent.* — Judgment affirmed, with costs.

The People of the State of New York *ex rel.* William H. Leonard and others, *Appellants, v.* The Commissioners of Taxes and Assessments in the City of New York, *Respondents.*—Judgment affirmed, with costs on the opinion of the court below.

Andrew E. Williams *v.* Terence Kernan and others — Order affirmed, with ten dollars costs and disbursements on the opinion of the court below.

Josephine Hull, *Respondent, v.* Jeremiah S. Hart, *Appellant.*— Order denying motion to change the place of trial affirmed, with ten dollars costs and disbursements, to be set off against the costs allowed on the other appeal. Opinion *Per Curiam.*

Moses May, *Respondent, v.* Isaac Lauterbach, *Appellant, Impleaded, etc.* — Judgment affirmed.

Sylvester H. Kneeland, *Respondent, v.* Daniel F. Sullivan, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

Charles A. Warner, *Appellant, v.* Feodore Mierson, *Respondent.* — Order modified by striking out allowance of costs, and, as modified affirmed, without costs of this appeal. Opinion *Per Curiam.*

In the Matter of Sarah M. Sandford to Vacate an Assessment, etc. — Order affirmed, with ten dollars costs and disbursements.

Etta Armstrong, *Respondent, v.* William A. Cummings and others, *Appellants* — Order reversed, with ten dollars costs and disbursements.

The John Hancock Mutual Life Insurance Company, *Respondent, v.* Julius Loewenberg, *Appellant.* — Judgment reversed, new trial ordered, costs to abide the event. Opinion *Per Curiam.*

Darley Randall, *Respondent, v.* The Mayor, Aldermen and Commonalty of the City of New York, *Appellants.* — Judgment affirmed.

George G. Gantz and others, *Respondents, v.* John W. Holgate, *Appellant.*—Judgment reversed, with costs ; motion to strike out answer denied, with ten dollars costs. Opinion *Per Curiam.*

The People of the State of New York *ex rel.* David F. Ryan *v.* The Board of Police Commissioners of the Police Department of the City of New York. — Order affirmed and writ quashed, with costs. .

John H. Starin, Jr., *Respondent, v.* The Mayor, Aldermen and Commonalty of the City of New York, *Appellants.* — Judgment reversed, order of reference vacated, new trial ordered before a jury, costs to appellant, to abide event.